IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| RICHMOND W. RIDDICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-2418-STA-tmp |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE
_____

Before the Court is Plaintiff's Social Security Appeal filed on June 17, 2007. The Magistrate Judge recommended that Plaintiff's claim be dismissed for failure to prosecute under Rule 41(b). Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation within the time permitted. Having reviewed the Magistrate Judge's report and recommendation de novo, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's report and recommendation in its entirety. Plaintiff's case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

s/ S. THOMAS ANDERSON
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 26, 2008

1